# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**   Date: 6/18/2025   Time: 11:00 a.m.

**Defendant:** Jorge Luis Hernandez Villazon (J)   **J#:** 28583-511   **Case #:** 25-mj-6401-PAB

**AUSA:** Deric Zacca   **Attorney:** Nestor Menendez, Esq.

**Violation:** CONSPIRACY TO COMMIT WIRE FRAUD

**Proceeding:** Initial Appearance/Rule 5   **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☐ No   **Recommended Bond:** Pretrial Detention

**Bond Set at:**   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** Spanish

**Disposition:**
Defendant present and advised of rights and charges, pending from the Middle District of Florida. **Court grants Government Ore Tenus Motion to Unseal Complaint,** see Order. Spanish Interpreter present. Defense counsel was advised by the Court to file a notice of appearance. Defense counsel further advised that Sylvia Pineiro Vazquez, Esq. will be appearing for future proceedings but is currently out of the country. **Court grants Government Ore Tenus Motion for Pretrial Detention Hearing. Court grants Defense Ore Tenus Motion to Continue Pretrial Detention,** finding good cause outside of the 5 days.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:**
**PTD**/Bond Hearing: 7/2/2025 at 10:00am FTL DUTY
Prelim/Arraign or **Removal**: 7/2/2025 at 10:00am FTL DUTY
Status Conference RE:

D.A.R. 11:19:36   Time in Court: 20 minutes

**CHECK IF APPLICABLE:** ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..